IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:16-cv-00111-D

DR. JAMES H. JACKSON and JAMES H.
JACKSON IRREVOCABLE TRUST,

        Plaintiffs,

     v.

MINNESOTA LIFE INSURANCE
COMPANY; FIRST INSURANCE
FUNDING CORPORATION; and
BARRINGTON BANK & TRUST
COMPANY, N.A.,

        Defendants.

**ORDER GRANTING DEFENDANTS'
CONSENT MOTION FOR STAY OF
PROCEEDINGS**

Upon considering the Defendants' joint Motion for Stay of Proceedings, it is ORDERED that the Motion is GRANTED. All proceedings and deadlines in this case are STAYED until the Court rules on the pending motions for judgment on the pleadings. The parties shall have ten (10) days from the ruling to hold a conference pursuant to Rule 26(f) of the Federal Rules of Civil Procedure.

So ordered this __18__ day of July 2016.

                                   _____
                                   Honorable James C. Dever III
                                   Chief United States District Court Judge