UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DR. JAMES H. JACKSON and JAMES H. JACKSON IRREVOCABLE TRUST, )<br>Plaintiffs, )<br>)<br>V. )<br>)<br>MINNESOTA LIFE INSURANCE )<br>COMPANY; FIRST INSURANCE )<br>FUNDING CORPORATION; AND )<br>BARRINGTON BANK & TRUST )<br>COMPANY, N.A., )<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:16-cv-111-D** |

**Decision by the Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiffs' first, second, fifth, and sixth claims for relief are barred by the relevant statutes of limitation, or, alternatively, fail to state a claim upon which relief can be granted. Plaintiffs' third and fourth claims for relief fail to state a claim upon which relief can be granted. Accordingly, the court GRANTS defendants' motions for judgment on the pleadings [D.E. 20, 25].

**This Judgment Filed and Entered on March 8, 2017, and Copies To:**

| | |
|---|---|
| A. Charles Ellis | (via CM/ECF electronic notification) |
| Michael J. Parrish | (via CM/ECF electronic notification) |
| Lisa Kaminski Shortt | (via CM/ECF electronic notification) |
| Kip Nelson | (via CM/ECF electronic notification) |
| Donald H. Tucker, Jr. | (via CM/ECF electronic notification) |
| Tobias R. Coleman | (via CM/ECF electronic notification) |

DATE:　　　　　　　　　　　　　　　　JULIE RICHARDS JOHNSTON, CLERK

March 8, 2017　　　　　　　　　　　　(By) /s/ Nicole Briggeman

　　　　　　　　　　　　　　　　　　　Deputy Clerk